

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                            CRIMINAL CASE NO. 3:15CR060

VERONICA LLOYD            26 U.S.C. § 7212(a)

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 12, 2015, in the Northern District of Mississippi, VERONICA LLOYD, defendant, did knowingly and intentionally, by force and by threats of force, endeavor to intimidate and impede an officer and employee of the United States acting in an official capacity under Title 26 of the United States Code, to-wit, VERONICA LLOYD did assault and attempt to assault Department of the Treasury Special Agent Caroline Cook, by charging her with a shovel, a dangerous weapon, and verbally accosting her, while Special Agent Caroline Cook was engaged in the performance of her official duties, in violation of Title 26, United States Code, Section 7212(a).

*Felic C. Ced*
UNITED STATES ATTORNEY

/s/ Signature Redacted
FOREPERSON